UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CYNTHIA FARNSWORTH
*as Special Administrator of the Estate*
*of Dan Keith Farnsworth, Deceased*                                                       PLAINTIFF

v.                                         No. 5:20-CV-05164

ELLIOTT ELECTRIC SUPPLY, INC.                                                              DEFENDANT

## JUDGMENT

On the 15th day of February, 2022, this matter came on for trial to a duly selected jury consisting of eight members, the undersigned presiding. At the completion of the two-day jury trial, the case was submitted to the jury on interrogatories and a unanimous verdict was reached on February 16, 2022, as to each interrogatory as follows:

**Interrogatory 1:** Do you find from a preponderance of the evidence that there was negligence on the part of Elliott Electric Supply, Inc. which was a proximate cause of any damages resulting from this accident?

        __Yes_____
             Yes or No

**Interrogatory No. 2:** Do you find from a preponderance of the evidence that there was negligence on the part of Dan Farnsworth, which was a proximate cause of any damages resulting from this accident?

        _ No_____
             Yes or No

Because the jury found that Plaintiff was not negligent, they were instructed not to answer Interrogatory Nos. 3 and 4 which required them to decide matters of comparative negligence and apportionment of fault. (Doc. 21).

Concerning the amount of damages to be awarded, the jury assessed damages by answering

Interrogatory No. 5 as follows:

**Interrogatory No. 5:** State the amount of any damages which you find from a preponderance of the evidence were sustained by Cynthia Farnsworth, Keith Farnsworth, Allison Mitchell, and/or the Estate of Dan Farnsworth, Deceased, as a result of the accident.

| | |
|---|---|
| Cynthia Farnsworth | $ 270,000 |
| Keith Farnsworth | $ 0 |
| Allison Mitchell | $ 0 |
| Estate of Dan Farnsworth, Deceased | $ 225,000 |

Each of the above interrogatories was duly signed and dated by the jury foreperson. In accordance with the jury's verdict in this matter, IT IS HEREBY ORDERED AND ADJUGED that Plaintiff Cynthia Farnsworth shall have and will recover from Defendant total compensatory damages in the amount of $270,000.

IT IS FURTHER ORDERED AND ADJUGED that the Estate of Dan Farnsworth, Deceased, shall have and recover from Defendant total compensatory damages in the amount of $225,000.

Defendant is therefore liable for the total amount of damages of $495,000 assessed by the jury in favor of Plaintiff in this case. The judgment amounts shall bear interest at the prevailing legal rate of 0.98% per annum from the date of entry of this Order until paid. *See* 28 U.S.C. § 1961.

All parties in this case are to bear their own costs and attorneys' fees.

IT IS SO ADJUDGED this 17th day of February, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE